**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

IN THE MATTER OF**:  DAVID A GIBSON**                              CASE NO:  **06-02212-8-RDD**

**REPORT ON UNCLAIMED DIVIDENDS**

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1.  That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **DAVID A GIBSON**<br>**5043 HAMPSHIRE DR**<br>**FAYETTEVILLE, NC 28311** | **$95.00** | 08/06/08 |

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**August 31, 2009**                              ___/s/ Trawick H. Stubbs, Jr._____
                                                                  **TRAWICK H. STUBBS, JR.**
                                                                  **CHAPTER 13 TRUSTEE**
                                                                  **P. O. BOX 1618**
                                                                  **NEW BERN, NC  28563**
                                                                  **(252) 633-0074**